```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A03-0181--CV (JWS)
                   "USA V JOHN M. KOLLER"

    Including terminated parties, excluding terminated counsel
```

```
Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 08/13/03
         Closed: 12/16/03

   Jurisdiction: (1) U.S. Plaintiff
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (152) Recovery of defaulted student loans

         Origin: (1) Original Proceeding
         Demand: 83
     Filing fee: Waived
       Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | KOLLER, JOHN M. | John M. Koller<br>Pro Per<br>POB 3394<br>Kodiak, AK 99615 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0181--CV (JWS)
                               "USA V JOHN M. KOLLER"

                                 For all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/13/03
            Closed: 12/16/03

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (152) Recovery of defaulted student loans

            Origin: (1) Original Proceeding
            Demand: 83
        Filing fee: Waived
          Trial by:
```

| Document # | Filed    | Docket text |
|---|---|---|
| 1 - 1   | 08/13/03 | Complaint w/exhb filed; Summons issued. |
| 2 - 1   | 09/09/03 | PLF 1 Return of Service on DEF 1; Executed 8/27/03. |
| 3 - 1   | 09/15/03 | PLF 1 Application for entry of default as to DEF 1 w/att aff. |
| 4 - 1   | 09/16/03 | Clerk's Notice entering default as to DEF 1. cc: cnsl, J. Koller |
| 5 - 1   | 09/19/03 | DEF 1 motion to set aside default (reply to request to enter default) w/att aff and exhs. |
| 6 - 1   | 10/17/03 | JWS Minute Order granting mot to set aside dft (reply to req to enter dft) (5-1); def has until 11/3/03 to respond to cmplt. cc: cnsl |
| 7 - 1   | 11/07/03 | JWS Minute Order that ans due 11/14/03 or clk to enter dft. cc: cnsl |
| 8 - 1   | 12/02/03 | Clerk's Notice entering dft on DEF 1. cc: cnsl, J. Koller |
| 9 - 1   | 12/03/03 | PLF 1 motion for default judgment w/att aff. |
| 10 - 1  | 12/16/03 | JWS Default Judgment awarded in favor of plf against def in principal amount of $83,337.53 (9-1). cc: cnsl, O&J 11619 |
| 11 - 1  | 06/16/05 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 1 | 06/22/05 | Issued: writ of execution re: DEF 1. |