NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: bryan.schroder@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:03-CV-00181 (JWS) |
| Plaintiff, | ) |
| v. | ) PLAINTIFF'S APPLICATION FOR |
| | ) WRIT OF GARNISHMENT |
| John M. Koller, | ) |
| Defendant. | ) |

   Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant John M. Koller; SS#: xxx-xx-3394; DOB: March 4, 1960; last-known address: P.O. Box 3394, Kodiak, Alaska, 99615.

   1.   Judgment in the amount of $144,778.21 was entered in this district against defendant on December 16, 2003.

   2.   Amounts which have accrued since entry of judgment are: $8,855.54 in post-judgment interest and $65.00 in accrued costs.

3. Credit must be given for payments and partial satisfaction in the total amount of $0.00.

4. There remains a current unpaid balance of $152,514.97 in judgment principal, $1,053.78 in post-judgment interest on the judgment principal, and $65.00 in post-judgment costs, for a total amount of $153,633.75 which is due and owing as of June 26, 2008. Post-judgment interest continues to accrue at the rate of 1.31% ($5.48 per day), compounded annually.

5. At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6. The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7. The name and address of the garnishee or the authorized agent for the garnishee is:

   Kodiak Island Ambulatory Care Clinic, Inc.
   202 Center Ave., Ste. 102
   Kodiak, AK 99615

//

//

//

RESPECTFULLY SUBMITTED on this 30th day of June, 2008, at Anchorage, Alaska.

        NELSON P. COHEN
        UNITED STATES ATTORNEY

        s/Bryan Schroder
        BRYAN SCHRODER
        ASSISTANT U.S. ATTORNEY
        222 West 7th Avenue # 9, Room 253
        Anchorage, AK 99513-7567
        Tel. (907) 271-5071
        Fax  (907) 271-2344
        E-mail: bryan.schroder@usdoj.gov
        AK #0702003