```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-CV-00181 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>WRIT OF GARNISHMENT</u> |
| | ) | |
| John M. Koller, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  Kodiak Island Ambulatory Care Clinic, Inc.
     202 Center Ave., Ste. 102
     Kodiak, AK 99615

On December 16, 2003, the judgment captioned above was entered in the United States District Court, District of Alaska.  Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor John M. Koller; SS#: xxx-xx-3394; DoB: March 4, 1960; last-known address: P.O. Box 3394, Kodiak, Alaska, 99615.  The judgment was for:

$$83,337.53    principal

$61,440.68     interest

$144,778.21    JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$8,855.54 accrued interest on judgment principal

$0.00     accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

- $0.00   which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

- $153,633.75   ACTUALLY DUE on June 26, 2008, of which $152,514.97 is due on the judgment as entered <u>with compounded interest added thereto to create a new interest-accruing balance, per 28 U.S.C. § 1961,</u> and bears interest at the rate of 1.31% per annum in the amount of:

- $5.48   PER DAY on the judgment principal, from the date of the request for issuance of this writ; to which must be added the commissions and costs of the officer executing this writ.

Defendant's current unpaid balance is $152,514.97 in judgment principal, $1,053.78 in post-judgment principal interest, and $65.00 in post-judgment costs, for a total amount of $153,633.75 which is due and owing as of June 26, 2008.

YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

<u>Within ten (10) days</u> of your receipt of this writ, you must file an <u>original + 1 copy</u> of your written Answer to the writ by mailing or delivering it to:

John M. Koller
3:03-CV-00181 (JWS)                    2

```
Clerk of Court
United States District Court
Room 229, Federal Bldg. & U.S. Courthouse
222 West 7th Avenue # 4
Anchorage, Alaska 99513-7564.
```

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to John M. Koller, whose last known address is: P.O. Box 3394, Kodiak, Alaska, 99615. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you the Garnishee are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt

John M. Koller
3:03-CV-00181 (JWS)                    3

property.  It is unlawful to pay or deliver to the defendant any item attached by this writ.

DATED this _____ day of _____, 2008, at Anchorage, Alaska.

```
                        IDA ROMACK
                        CLERK OF COURT



                        _____
                        By:  Deputy Clerk
```